RICHARD E. HOLLOWAY, Respondent, v. BARRY WEHMILLER MACHINERY COMPANY, Defendant and Third-Party Plaintiff-Respondent-Appellant. PIEL BROS., INC., Third-Party Defendant-Appellant.—

622

Martuscello, Acting P. J., Latham, Christ, Brennan and Benjamin, JJ., concur.